STATE OF MICHIGAN
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**N & W COMMODITIES,**
*d/b/a U.S. Express*,

              **Plaintiff,**

vs.

**Case No. 2:09-cv-11366—PJD-RSW**
**Hon. PATRICK J. DUGGAN**
**Magistrate Judge R. Steven Whalen**

**UNITED STATES OF AMERICA,**
**U.S. DEPARTMENT OF AGRICULTURE,**
**FOOD AND NUTRITION SERVICE,**

              **Defendant.**                                  /

| | |
|---|---|
| **KIM CORBIN, PLLC** | **U.S. Attorney's Office** |
| **KIM CORBIN P39273** | **Theresa Urbanic P68005** |
| **Attorney for Plaintiff** | **Attorneys for Defendant** |
| **15206 Mack Ave.** | **211 W. Fort Street, Ste 2001** |
| **Grosse Pointe Park, MI 48230** | **Detroit, MI 48226** |
| **(313) 886-4466 Fax: (313) 886-4744** | **(313)226-9778** |
| Corbinlaw@comcast.net | Theresa.Urbanic@usdoj.gov |

                                                                                                              /

## STIPULATION FOR ENTRY OF ORDER FOR DISMISSAL WITHOUT PREJUDICE

       As appears from their signatures below the parties stipulate and agree to entry of the Order for Dismissal Without Prejudice. The parties further stipulate that each party will bear its own fees, costs, and expenses.

_____/s/_____
KIM CORBIN P39273
Attorney for Plaintiff

TERRENCE BERG
United States Attorney

_____/s/_____
THERESA URBANIC P68005
Assistant United States Attorney

STATE OF MICHIGAN
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**N & W COMMODITIES,**
*d/b/a U.S. Express*,

      **Plaintiff,**

vs.

**Case No. 2:09-cv-11366—PJD-RSW**
**Hon. PATRICK J. DUGGAN**
**Magistrate Judge R. Steven Whalen**

**UNITED STATES OF AMERICA,**
**U.S. DEPARTMENT OF AGRICULTURE,**
**FOOD AND NUTRITION SERVICE,**

      **Defendant.**                    /

## ORDER FOR DISMISSAL WITHOUT PREJUDICE

At a session of said Court
held: December 4, 2009.

Present Hon. Patrick J. Duggan

Pursuant to the stipulation of the parties as appears from their signatures of counsel

IT IS HEREBY ORDERED that this matter is dismissed without prejudice and without cost to any party.

      s/Patrick J. Duggan
      Patrick J. Duggan
      United States District Judge

Dated: December 4, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 4, 2009, by electronic and/or ordinary mail.

      s/Marilyn Orem
      Case Manager

2